DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**JUDE ANN PRISCO** a/k/a **JUDE-ANN PRISCO**
and **SALVATORE PRISCO,**
Appellants,

v.

**DEUTSCHE BANK NATIONAL TRUST COMPANY,**
Appellee.

No. 4D21-3477

[February 9, 2023]

Appeal from the Circuit Court for the Fifteenth Judicial Circuit, Palm Beach County; Richard L. Oftedal, Judge; L.T. Case No. 50-2016-CA-013772-XXXX-MB.

Stuart J. Zoberg of Shir Law Group, P.A., Boca Raton, for appellants.

Albert A. Zakarian of Troutman Pepper Hamilton Sanders LLP, Atlanta, Georgia, for appellee.

PER CURIAM.

*Affirmed.*

DAMOORGIAN, GERBER and FORST, JJ., concur.

\*       \*       \*

***Not final until disposition of timely filed motion for rehearing.***